UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20165-CR-RUIZ/LOUIS

18 U.S.C. § 922(a)(6)
18 U.S.C. § 554
18 U.S.C. § 922(e)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 924(a)(1)(D)
18 U.S.C. § 981(a)(1)(C)

FILED BY __MP__ D.C.

Apr 23, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

AMANDA RODEN,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Purchase of Firearms by Means of a False Statement
### (18 U.S.C. § 922(a)(6))

On or about October 9, 2023, in Broward County, in the Southern District of Florida, the defendant,

**AMANDA RODEN,**

in connection with the acquisition of firearms from a federally licensed firearms dealer, that is, Bass Pro Shop, did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearms, in that the defendant Amanda Roden stated in a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that she was the actual buyer of the firearms, when in truth and fact, and as the defendant then and there well knew,

she was purchasing the firearms for another person, in violation of Title 18, United States Code, Section 922(a)(6).

It is further alleged that the firearms were:

1. One (1) Glock 19 Gen 5 Pistol (Serial Number CAGZ168); and

2. One (1) FN 5.7 Pistol (Serial Number 386465977).

## COUNT 2
### Smuggling Goods from the United States
### (18 U.S.C. § 554)

On or about October 20, 2023, in Miami-Dade County, in the Southern District of Florida, the defendant,

**AMANDA RODEN,**

did fraudulently and knowingly export and send, and attempt to export and send, from the United States to a place outside thereof, that is, the Dominican Republic, any merchandise, article, and object, that is, a firearm, and did receive, conceal, buy, sell, and facilitate the transportation, concealment, and sale of such merchandise, article, and object prior to exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, that is, Title 18 United States Code, Section 922(e), in violation of Title 18, United States Code, Sections 554 and 2.

It is further alleged that the firearms were:

1. One (1) Smith & Wesson MP Pistol (Serial Number KCD3575);

2. One (1) Glock 19 Gen 5 Pistol (Serial Number CAGZ168); and

3. One (1) FN 5.7 Pistol (Serial Number 386465977).

## COUNT 3
### Delivery of a Firearm to a Common Carrier Without Written Notification
(18 U.S.C. § 922(e))

On or about October 20, 2023, in Miami-Dade County, in the Southern District of Florida, the defendant,

**AMANDA RODEN,**

did knowingly and willfully deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce, to a person other than a licensed importer, manufacturer, dealer, and collector, a package and other container in which there was a firearm, without written notice to the carrier that such firearm was being transported and shipped, in violation of Title 18, United States Code, Sections 922(e), 924(a)(1)(D), and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **AMANDA RODEN**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal laws of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

3. Upon conviction of a violation of Title 18, United States Code, Section 554, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constituted or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3

All pursuant to Title 18 United States Code, Sections 924(d)(1) and 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

███████████████

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
DANIEL ROSENFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

AMANDA RODEN,

_____/
Defendant.

CASE NO.: 24-20165-CR-RUIZ/LOUIS

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

**Court Division** (select one)
- ☒ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  ☒ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V  ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Gayles  Case No. 24-CR-20049
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: /s/ Daniel Rosenfeld
DANIEL ROSENFELD
Assistant United States Attorney
Court ID No.     5503081

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** AMANDA RODEN

**Case No:**

Count # 1

Purchase of Firearms By Means of a False Statement

Title 18, United States Code, Section 922(a)(6)
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count # 2

Smuggling Goods from the United States

Title 18, United States Code, Section 554
* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count # 3

Delivery of a Firearm to a Common Carrier Without Written Notification

Title 18, United States Code, Section 922(e)
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**